WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
RAYMOND T. CHEUNG - #176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, CA 94103
Telephone No. (415) 356-5336
Fax No. (415) 356-5046

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

SEVEN-UP BOTTLING COMPANY

    Defendant.

CIVIL ACTION NO.

C 03 4254

COMPLAINT
Civil Rights
– Employment Discrimination

**JURY TRIAL DEMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Amy Rohn who was adversely affected by such practices. As alleged below, defendant, Seven Up Bottling Company subjected Ms. Rohn to a sexually hostile work environment because of her sex, female.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1), and

COMPLAINT

1

1 | Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within Marin County which is within the jurisdiction of the United States District Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

3. This case is appropriate for assignment to Oakland or San Francisco because the unlawful employment practices alleged were and are being committed within Marin County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

5. At all relevant times, Defendant, Seven-Up Bottling Company ("Seven-Up" or "Defendant Employer"), has continuously been doing business in the State of California and the City of Santa Rosa and has continuously had at least fifteen employees.

6. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Amy Rohn filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least June 1998, Defendant Employer has engaged in unlawful practices at its Santa Rosa California job site in violation of section 703(a)(1) of Title VII, 42 U.S.C. §§2000e-2(a). These practices include subjecting Ms. Rohn to sexual harassment and to an offensive, abusive, intimidating and hostile work environment based on her sex, female.

9. The effect of the practices complained of above has been to deprive Ms. Rohn of equal employment opportunities and otherwise to adversely affect her status as an employee

COMPLAINT

because of her sex, female.

10. The unlawful employment practices complained of above were and are intentional.

11. The unlawful employment practices complained of above were and are done with malice and/or reckless disregard for the federally protected rights of Ms. Rohn.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment, sex-based harassment, sex discrimination and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for female employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Ms. Rohn by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses, with interest, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Ms. Rohn by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant Employer to pay Ms. Rohn and other similarly situated women punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems proper.

G. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

COMPLAINT

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  |    | ERIC S. DREIBAND<br>GENERAL COUNSEL |
| 3  |    |    |
| 4  |    | JAMES L. LEE<br>DEPUTY GENERAL COUNSEL |
| 5  |    |    |
| 6  |    | GWENDOLYN YOUNG REAMS<br>ASSOCIATE GENERAL COUNSEL |
| 7  |    | EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION |
| 8  |    |    |
| 9  |    | 1801 L Street, N.W.<br>Washington, DC 20507 |
| 10 | Dated: 9/18/03 | _____<br>WILLIAM R. TAMAYO |
| 11 |    | Regional Attorney |
| 12 | Dated: 9/18/03 |    |
| 13 |    | _____<br>JONATHAN T. PECK<br>Supervisory Trial Attorney |
| 14 |    |    |
| 15 | Dated: 9/18/03 | _____ |
| 16 |    | RAYMOND T. CHEUNG<br>Trial Attorney |
| 17 |    | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION |
| 18 |    | San Francisco District Office<br>901 Market Street, Suite 500 |
| 19 |    | San Francisco, CA 94103-1735<br>Telephone: (415) 356-5336 |
| 20 |    |    |

COMPLAINT