| | |
|---|---|
| 1 | WILLIAM R. TAMAYO - 084965 (CA) |
| | JONATHAN T. PECK - 12303 (VA) |
| 2 | RAYMOND T. CHEUNG - 176086 (CA) |
| | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 3 | San Francisco District Office |
| | 350 The Embarcadero, Suite 500 |
| 4 | San Francisco, CA 94105 |
| | Telephone:    (415) 625-5649 |
| 5 | Facsimile:    (415) 625-5657 |
| 6 | Attorneys for Plaintiff |
| | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 7 | |
| 8 | |
| | DENNIS R. MURPHY, SBN 051215 |
| 9 | MARY FARRELL TAYLOR, SBN 172050 |
| | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| 10 | 1000 G Street, 3rd Floor |
| | Sacramento, California  95814 |
| 11 | P.O. Box 1319 |
| | Sacramento, California  95812-1319 |
| 12 | Telephone: 916/446-2300 |
| | Facsimile: 916/503-4000 |
| 13 | |
| | Attorneys for Defendant |
| 14 | SEVEN-UP BOTTLING COMPANY OF |
| | SAN FRANCISCO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | Case No. C-03-4254-MHP |
| | ) | |
| Plaintiff, | ) | **DISMISSAL WITH PREJUDICE;** |
| | ) | **ORDER** |
| v. | ) | |
| SEVEN-UP BOTTLING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

///

1

1 | Pursuant to the terms of the Consent Decree, the United States Equal Employment
2 | Opportunity Commission (EEOC) hereby move to dismiss the above case with prejudice.

Respectfully Submitted,

Dated: December 29, 2004

_____
Raymond T. Cheung, for
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**IT IS SO ORDERED.**

_____
U.S. District Court Judge