WILLIAM R. TAMAYO - 084965 (CA)
JONATHAN T. PECK - 12303 (VA)
RAYMOND T. CHEUNG - 176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:   (415) 625-5649
Facsimile:   (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


DENNIS R. MURPHY, SBN 051215
MARY FARRELL TAYLOR, SBN 172050
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, 3rd Floor
Sacramento, California 95814
P.O. Box 1319
Sacramento, California 95812-1319
Telephone: 916/446-2300
Facsimile: 916/503-4000

Attorneys for Defendant
SEVEN-UP BOTTLING COMPANY OF
SAN FRANCISCO, INC.

FILED
JAN - 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>SEVEN-UP BOTTLING COMPANY,<br><br>          Defendant. | Case No. C-03-4254-MHP<br><br>**DISMISSAL WITH PREJUDICE; ORDER** |

///

E-filing

1     Pursuant to the terms of the Consent Decree, the United States Equal Employment Opportunity Commission (EEOC) hereby move to dismiss the above case with prejudice.

Respectfully Submitted,

Dated: December 29, 2004

Raymond T. Cheung, for
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**IT IS SO ORDERED.**

*January 3, 2005*

_____
U.S. District Court Judge

---

DISMISSAL WITH PREJUDICE AND ORDER     2     Case No. C-03-4254-MHP